# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSRUANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOFIA PEREZ, et al.<br><br>Defendants. | Case No.: 1:19-cv-319-LJO- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 15) |

On November 5, 2019, Plaintiff filed a stipulation indicating the parties agreed that the above-captioned action is dismissed in its entirety, with prejudice. (Doc. 15) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **November 7, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE